# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

KRYSTYNA PAJAK,

               Plaintiff,

      v.                              Civ. Action No. 05-4622 (KSH)

JOHN E. POTTER, POSTMASTER
GENERAL, U.S. POSTAL SERVICE

         Defendant.                   **ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

For the reasons expressed in the Opinion filed herewith,

     **IT IS** on this 30th day of October, 2006,

     **ORDERED** that defendant's motion to dismiss reflected on the docket as entry # 10 is hereby **denied**; and it is further

     **ORDERED** that defendant file an Answer within 20 days; and it is further

     **ORDERED** that dispositive motion practice thereafter shall be based upon directions and briefing schedules issued by Magistrate Judge Patty Shwartz.



                           /s/ Katharine S. Hayden
                           Katharine S. Hayden, U.S.D.J.