UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KRYSTYNA PAJAK,

        Plaintiff,

  v.

JOHN E. POTTER, POSTMASTER GENERAL, U.S. POSTAL SERVICE,

        Defendant.

Civ. Action No. 05-4622 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the opinion filed herewith

**IT IS** on this 30th day of June 2009

**ORDERED** that the Postal Service's motion for summary judgment (D.E. 49) is denied.

                                            /s/Katharine S. Hayden
                                            Katharine S. Hayden, U.S.D.J